## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, | Case No. 17-cv-04743 |
| Plaintiff, | **Judge Samuel Der-Yeghiayan** |
| v. | **Magistrate Judge Jeffrey Cole** |
| ZHILI HUANG, et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR ELECTRONIC
## SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)

Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger") seeks this Court's authorization to effectuate service of process by e-mail and/or electronic publication in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); and the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS § 510, *et seq*.  A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 29th day of June 2017.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff*
*Tommy Hilfiger Licensing LLC*