**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TOMMY HILFIGER LICENSING LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZHILI HUANG, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-cv-04743 <br><br> **Judge Samuel Der-Yeghiayan** <br><br> **Magistrate Judge Jeffrey Cole** |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Pursuant to Local Rule 3.4, Plaintiff Tommy Hilfiger Licensing LLC ("Tommy Hilfiger"), by and through its counsel, hereby provides notice of claims involving trademarks. The information required by the rule and 15 U.S.C. §1116(c) is as follows:

1. Names and Addresses of Litigants:

   Tommy Hilfiger Licensing LLC
   601 W. 26th St., 6th Floor
   New York, New York 10001

   Zhili Huang, et al.
   Addresses Unknown

2. U.S. Registration Numbers Upon Which Suit Has Been Brought:

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,398,612 | TOMMY HILFIGER | For: clothing for men and women: namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |
| 1,460,988 | | For: clothing for men and women, namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |

1

| | | |
|---|---|---|
| 1,727,740 | | For: clothing for men namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 1,808,520 | | For: socks, ties, hats, caps and blazers in class 025. |
| 2,030,406 | | For: cologne, eau de toilette, shaving lotion, deodorants and soaps for personal use in 003.<br><br>For: articles of leather and imitation leather, namely wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants, undershirts and suspenders in class 025. |
| 2,213,511 | | For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,063,504 | | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 1,738,410 | TOMMY HILFIGER | For: clothing for men namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 1,833,391 | TOMMY HILFIGER | For: ties, socks, suspenders, hats, caps, suits and blazers in class 025. |

| | | |
|---|---|---|
| 1,995,802 | TOMMY HILFIGER | For: deodorants and soaps for personal use in class 003.<br><br>For: articles of leather and imitation leather, namely, wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants and undershirts in class 025. |
| 2,162,940 | TOMMY HILFIGER | For: jewelry made of precious and non-precious metals and stones, namely, cuff-links, and bracelets in class 014.<br><br>For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,103,148 | TOMMY HILFIGER | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 2,485,457 | TOMMY HILFIGER | For: jewelry, namely, necklaces, and rings in class 014.<br><br>For: pillows in class 020. |
| 4,745,262 | TOMMY HILFIGER | For: soaps; perfumery; colognes; toilet water; perfumes, fragrances for personal use; lotions for skin care; antiperspirants; deodorants and soaps for personal use in 003.<br><br>For: optical goods, namely, spectacles, spectacle glasses, sunglasses, eyeglass cases and sunglasses cases, carrying cases and holders for portable computers and mobile phones, magnetic coded cards, namely, gift cards in class 009. |

| | | For: jewelry, namely, bracelets, necklaces, rings, earrings, cufflinks, horological and chronometric instruments, namely, watches, wrist watches, straps for wrist watches in class 014. |
|---|---|---|
| | | For: all purpose sports bags and athletic bags; overnight bags; book bags; tote bags; travelling bags; backpacks; handbags; luggage; suitcases; purses; briefcases; travel bags; duffel bags and beach bags, school bags; garment bags for travel; overnight cases, clutch bags; travel kit bags sold empty; suitcases with wheels attached; billfolds; wallets, pocket wallets, change purses, coin purses, credit card cases of leather; leather credit card wallets; name card cases; cosmetic cases sold empty; leather cases for cosmetics sold empty; umbrellas in class 018. |
| | | For: fabrics and textile goods, namely, household linen, bed linen, bath linen, bed sheets, pillow shams, pillow cases, bed blankets, comforters, quilts, bedspreads, bed covers, duvet covers, duvets, dust ruffles, mattress covers, towels, bath towels, beach towels, face cloths, shower curtains, handkerchiefs in class 024. |
| | | For: clothing for men, women and children and infants, namely, shirts, golf shirts, t-shirts, polo shirts, knit tops, woven tops, sweatshirts, tank tops, sweaters, blouses, jerseys, turtlenecks, shorts, sweatpants, warm-up suits, blazers, sport coats, trousers, jeans, skirts, dresses, suits, overalls, jumpers, vests, jackets, coats, raincoats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, rainwear, wind resistant jackets, sleepwear, pajamas, bathrobes,, underwear, lingerie, boxer shorts, belts made of leather, ties; headgear, namely, hats, wool hats, caps, visors, headbands, ear muffs; scarves, shawls, cloth bibs; footwear, gym shoes, sneakers, socks, hosiery, shoes, boots, beach shoes, sandals, slippers, gloves, suspenders; layettes in class 025. |
| | | For: retail department store services, online retail department store services, online retail outlet services featuring perfumery, cosmetics, clothing, footwear, headgear, textile goods, goods made of leather or imitation of leather, bags, eyewear, jewellery, watches and horological and chronometric instruments, household accessories, and home items in class 035. |

| | | |
|---|---|---|
| 2,389,024 | TOMMY | For: clothing for men, women and children, namely, t-shirts, sweatshirts, sweaters, jackets, coats, jeans, and caps in class 025. |
| 2,475,142 | TOMMY | For: full line of apparel and headwear in class 025. |
| 2,612,455 | TH | For: full line of apparel in class 025. |
| 3,084,022 | TH | For: Eyeglasses, sunglasses and frames for eyeglasses in class 009. |
| 2,697,281 | TH | For: Full line of handbags, backpacks, and cosmetic bags sold empty in class 018. |
| 2,563,735 | TH | For: Jewelry and watches in class 014. |
| 2,617,339 | TOMMY HILFIGER | For: watches in class 014. |
| 2,772,857 | TOMMY | For: handbags in class 018. |
| 2,899,046 | HILFIGER DENIM | For: clothing, namely, shirts, t-shirts, sweatshirts, tank tops, sweaters, turtle-necks, shorts, sweatpants, blazers, pants, jeans, skirts, suits, overalls, dresses, vests, jackets, coats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, belts, hats, wool hats, caps, scarves, and gloves in class 025. |
| 3,164,348 | HILFIGER | For: clothing, namely, shirts, t-shirts, sweatshirts, sweaters, golf shirts, shorts, sweatpants, blazers, sport coats, pants, jeans, suits, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, overcoats, rainwear, wind resistant jackets, underwear, belts, hats, wool hats, caps, scarves, boxer shorts, socks, hosiery, shoes, boots, sneakers, beach shoes, sandals, and gloves in class 025. |
| 3,264,718 | TH (logo) | For: clothing for men, women and children, namely, shirts, golf shirts, t-shirts, sweatshirts, tank tops, sweaters, golf shirts, shorts, sweatpants, jeans, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, underwear, hats, wool hats, caps, scarves in class 025. |

| | | |
|---|---|---|
| 3,264,715 |  | For: backpacks, handbags, and purses in class 018. |

Dated this 29th day of June 2017.

Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff*
*Tommy Hilfiger Licensing LLC*