**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TOMMY HILFIGER LICENSING LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 17-cv-04743 |
| v. | ) | |
| | ) | Judge Samuel Der-Yeghiayan |
| THE PARTNERSHIPS AND | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | |
| IDENTIFIED ON SCHEDULE "A", | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

      Motion hearing held. Only counsel for Plaintiff appeared. Plaintiff's ex parte motion for a temporary restraining order, a temporary transfer of the Defendant domain names, a temporary asset restraining order, and expedited discovery [10] is taken under advisement. Plaintiffs' motion to seal document [7] is granted. The Clerk is directed to maintain the following documents under seal until further order of this Court: (1) Schedule A regarding Complaint (Dkt. No. [8]), (2) Plaintiffs' Amended Complaint (Dkt. No. [10][11]), and (3) Exhibits 2 and 3 to the Declaration of Alastair Gray (Dkt. No. [16][17]). Only Plaintiff's counsel and Court staff shall have access to these documents. Any further hearings shall be set before Judge Der-Yeghiayan.

(0:06)

Dated: July 6, 2017

Andrea R. Wood
United States District Judge