Tommy Hilfiger Licensing LLC

                              Plaintiff,

v.                                                  Case No.: 1:17–cv–04743

                                                  Honorable Samuel
                                                  Der–Yeghiayan

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 19, 2017:

       MINUTE entry before the Honorable Samuel Der–Yeghiayan: Status hearing held. Plaintiff's motion for temporary restraining order including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset Restraint, and Expedited Discovery [12] is granted. Plaintiff's motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [18] is granted. Preliminary Injunction hearing set for 08/02/17 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.