**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TOMMY HILFIGER LICENSING LLC, | ) | |
| | ) | Case No. 17-cv-04743 |
| Plaintiff, | ) | |
| | ) | **Judge Samuel Der-Yeghiayan** |
| v. | ) | |
| | ) | **Magistrate Judge Jeffrey Cole** |
| ZHILI HUANG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Tommy Hilfiger Licensing LLC's ("Tommy Hilfiger") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defendants since Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products using counterfeit versions of the Tommy Hilfiger Trademarks (a list of which is included in the below chart).

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,398,612 | TOMMY HILFIGER | For: clothing for men and women: namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |

1

| | | |
|---|---|---|
| 1,460,988 |  | For: clothing for men and women, namely, shirts, pants, jackets, sweaters, shorts, belts, vests, sport jackets, coats, rain coats, parkas in class 025. |
| 1,727,740 |  | For: clothing for men namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br><br>For: retail clothing store services in class 042. |
| 1,808,520 |  | For: socks, ties, hats, caps and blazers in class 025. |
| 2,030,406 |  | For: cologne, eau de toilette, shaving lotion, deodorants and soaps for personal use in 003.<br><br>For: articles of leather and imitation leather, namely wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants, undershirts and suspenders in class 025. |
| 2,213,511 |  | For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,063,504 |  | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 1,738,410 | TOMMY HILFIGER | For: clothing for men namely, shirts, sweaters, pants, sweatshirts, shorts, sport jackets, parkas, bathing suits, vests in class 025.<br>For: retail clothing store services in class 042. |

| | | |
|---|---|---|
| 1,833,391 | TOMMY HILFIGER | For: ties, socks, suspenders, hats, caps, suits and blazers in class 025. |
| 1,995,802 | TOMMY HILFIGER | For: deodorants and soaps for personal use in class 003.<br><br>For: articles of leather and imitation leather, namely, wallets, credit card cases, billfolds, umbrellas and travelling bags in class 018.<br><br>For: bathrobes, tuxedos, pajamas, underpants and undershirts in class 025. |
| 2,162,940 | TOMMY HILFIGER | For: jewelry made of precious and non- precious metals and stones, namely, cuff- links, and bracelets in class 014.<br><br>For: footwear, namely, shoes, boots, sneakers, sandals and slippers in class 025. |
| 2,103,148 | TOMMY HILFIGER | For: eyewear, namely, eyeglasses, sunglasses and eyeglass frames and lenses and eyewear accessories, namely, cases and holders in class 009. |
| 2,485,457 | TOMMY HILFIGER | For: jewelry, namely, necklaces, and rings in class 014.<br><br>For: pillows in class 020. |
| 4,745,262 | TOMMY HILFIGER | For: soaps; perfumery; colognes; toilet water; perfumes, fragrances for personal use; lotions for skin care; antiperspirants; deodorants and soaps for personal use in 003.<br><br>For: optical goods, namely, spectacles, spectacle glasses, sunglasses, eyeglass cases and sunglasses cases, carrying cases and holders for portable computers and mobile phones, magnetic coded cards, namely, gift cards in class 009. |

| | | |
|---|---|---|
| | | For: jewelry, namely, bracelets, necklaces, rings, earrings, cufflinks, horological and chronometric instruments, namely, watches, wrist watches, straps for wrist watches in class 014. |
| | | For: all purpose sports bags and athletic bags; overnight bags; book bags; tote bags; travelling bags; backpacks; handbags; luggage; suitcases; purses; briefcases; travel bags; duffel bags and beach bags, school bags; garment bags for travel; overnight cases, clutch bags; travel kit bags sold empty; suitcases with wheels attached; billfolds; wallets, pocket wallets, change purses, coin purses, credit card cases of leather; leather credit card wallets; name card cases; cosmetic cases sold empty; leather cases for cosmetics sold empty; umbrellas in class 018. |
| | | For: fabrics and textile goods, namely, household linen, bed linen, bath linen, bed sheets, pillow shams, pillow cases, bed blankets, comforters, quilts, bedspreads, bed covers, duvet covers, duvets, dust ruffles, mattress covers, towels, bath towels, beach towels, face cloths, shower curtains, handkerchiefs in class 024. |
| | | For: clothing for men, women and children and infants, namely, shirts, golf shirts, t-shirts, polo shirts, knit tops, woven tops, sweatshirts, tank tops, sweaters, blouses, jerseys, turtlenecks, shorts, sweatpants, warm-up suits, blazers, sport coats, trousers, jeans, skirts, dresses, suits, overalls, jumpers, vests, jackets, coats, raincoats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, rainwear, wind resistant jackets, sleepwear, pajamas, bathrobes,, underwear, lingerie, boxer shorts, belts made of leather, ties; headgear, namely, hats, wool hats, caps, visors, headbands, ear muffs; scarves, shawls, cloth bibs; footwear, gym shoes, sneakers, socks, hosiery, shoes, boots, beach shoes, sandals, slippers, gloves, suspenders; layettes in class 025. |
| | | For: retail department store services, online retail |

| | | |
|---|---|---|
| | | department store services, online retail outlet services featuring perfumery, cosmetics, clothing, footwear, headgear, textile goods, goods made of leather or imitation of leather, bags, eyewear, jewellery, watches and horological and chronometric instruments, household accessories, and home items in class 035. |
| 2,389,024 | TOMMY | For: clothing for men, women and children, namely, t-shirts, sweatshirts, sweaters, jackets, coats, jeans, and caps in class 025. |
| 2,475,142 | TOMMY | For: full line of apparel and headwear in class 025. |
| 2,612,455 | TH | For: full line of apparel in class 025. |
| 3,084,022 | TH | For: Eyeglasses, sunglasses and frames for eyeglasses in class 009. |
| 2,697,281 | TH | For: Full line of handbags, backpacks, and cosmetic bags sold empty in class 018. |
| 2,563,735 | TH | For: Jewelry and watches in class 014. |
| 2,617,339 | TOMMY HILFIGER | For: watches in class 014. |
| 2,772,857 | TOMMY | For: handbags in class 018. |
| 2,899,046 | HILFIGER DENIM | For: clothing, namely, shirts, t-shirts, sweatshirts, tank tops, sweaters, turtle-necks, shorts, sweatpants, blazers, pants, jeans, skirts, suits, overalls, dresses, vests, jackets, coats, parkas, ponchos, swimwear, bikinis, swim trunks, overcoats, belts, hats, wool hats, caps, scarves, and gloves in class 025. |
| 3,164,348 | HILFIGER | For: clothing, namely, shirts, t-shirts, sweatshirts, sweaters, golf shirts, shorts, sweatpants, blazers, sport coats, pants, jeans, suits, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, overcoats, rainwear, wind resistant jackets, underwear, belts, hats, wool hats, caps, scarves, boxer shorts, socks, hosiery, shoes, boots, sneakers, beach shoes, sandals, and gloves in class 025. |

| | | |
|---|---|---|
| 3,264,718 |  | For: clothing for men, women and children, namely, shirts, golf shirts, t-shirts, sweatshirts, tank tops, sweaters, golf shirts, shorts, sweatpants, jeans, vests, jackets, coats, parkas, ponchos, swimwear, swim trunks, underwear, hats, wool hats, caps, scarves in class 025. |
| 3,264,715 |  | For: backpacks, handbags, and purses in class 018. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Tommy Hilfiger's previously granted Motion for Entry of a Temporary Restraining Order establishes that Tommy Hilfiger has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Tommy Hilfiger will suffer irreparable harm if the injunction is not granted. Specifically, Tommy Hilfiger has proved a *prima facie* case of trademark infringement because (1) the Tommy Hilfiger Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the Tommy Hilfiger Trademarks, and (3) Defendants' use of the Tommy Hilfiger Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Tommy Hilfiger. Furthermore, Defendants' continued and unauthorized use of the Tommy Hilfiger Trademarks irreparably harms Tommy Hilfiger through diminished goodwill and brand confidence, damage to Tommy Hilfiger's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Tommy Hilfiger has

an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Tommy Hilfiger Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Tommy Hilfiger Branded Product or not authorized by Tommy Hilfiger to be sold in connection with the Tommy Hilfiger Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Tommy Hilfiger Branded Product or any other product produced by Tommy Hilfiger, that is not Tommy Hilfiger's or not produced under the authorization, control or supervision of Tommy Hilfiger and approved by Tommy Hilfiger for sale under the Tommy Hilfiger Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Tommy Hilfiger, or are sponsored by, approved by, or otherwise connected with Tommy Hilfiger;

   d. further infringing the Tommy Hilfiger Trademarks and damaging Tommy Hilfiger's goodwill; and

e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Tommy Hilfiger, nor authorized by Tommy Hilfiger to be sold or offered for sale, and which bear any of Tommy Hilfiger's trademarks, including the Tommy Hilfiger Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Tommy Hilfiger's choosing:

a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of Tommy Hilfiger's selection until further ordered by this Court; or

b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Tommy Hilfiger's selection so that the Defendant Domain Names can be redirected or disabled until further ordered by this Court.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without

limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Tommy Hilfiger expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. the Defendant Domain Names or any domain name registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of

any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Tommy Hilfiger's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within five (5) business days after receipt of such notice:

   a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the Tommy Hilfiger Trademarks;

   b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Tommy Hilfiger Trademarks; and

   c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

   a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any

PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Alastair Gray, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Tommy Hilfiger may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Tommy Hilfiger's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Alastair Gray and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "Zhili Huang and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Plaintiff's Amended Complaint [10] and Exhibit 1 thereto [10-1], Plaintiff's CORRECTED Amended Complaint [11] and Exhibit 1 thereto [11-1], Schedule A to the Complaint [8], the Amended Complaint [10-1], and CORRECTED Amended Complaint

[11-2], Exhibits 2 and 3 to the Declaration of Alastair Gray [16, 17], and the TRO [31] are unsealed.

10.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Tommy Hilfiger or on shorter notice as set by this Court.

11.     The $10,000 bond posted by Tommy Hilfiger shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated:  August 2, 2017

U.S. District Court Judge Samuel Der-Yeghiayan

**Tommy Hilfiger Licensing LLC v. Zhili Huang, et al. - Case No. 17-cv-04743**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | zhili huang | 2 | zamb imran |
| 3 | zack jowers | 4 | Yanqing Ma |
| 5 | yamikyamak.nl | 6 | xuemei liu |
| 7 | Wolfgang Fassbinder | 8 | Walter Richard |
| 9 | Tyrone Mitchell | 10 | tracey rhodes |
| 11 | Tracey Codling | 12 | tommyes.vip |
| 13 | tommya.vip | 14 | Timot ben |
| 15 | thde.vip | 16 | stylegr.vip |
| 17 | stylede.vip | 18 | studd marcin |
| 19 | song qiuxiang | 20 | Simon Hart |
| 21 | Shirley Kearns | 22 | sandrasitskoorn.nl |
| 23 | rose Tang | 24 | Qaigh Advvi |
| 25 | peter mcgill | 26 | Micola Dovic |
| 27 | McDonagh Geraldine | 28 | mao zedong |
| 29 | Mallory Robinson | 30 | Lyndsey Stewart |
| 31 | luso-expertise.fr | 32 | li qingneng |
| 33 | li qingneng (2) | 34 | Li Guiying |
| 35 | lexperiences.nl | 36 | Lewis Barber |
| 37 | latora Kasha | 38 | kenneth williams |
| 39 | Karen Jones | 40 | karelmaat.nl |
| 41 | kang wei | 42 | kalizephotographie.fr |
| 43 | Julie Boutte | 44 | John Tighe |
| 45 | John Dunn | 46 | joanna kopczynska |
| 47 | Jeryl Anthony Willis | 48 | hoeksche-aannemersbedrijf.nl |
| 49 | Hhgmuy Dzcpkl | 50 | Heike Neudorf |
| 51 | Harris Elizabeth | 52 | guerrero arlinton |
| 53 | gerommelinhetrusthuis.nl | 54 | Garth Falconer |
| 55 | Fostian Marhiu | 56 | flairbyfaar.nl |
| 57 | esgrata.nl | 58 | Elois Davis |
| 59 | ELENA MARTINEZ ROJAS | 60 | Ele Exton |
| 61 | eigenwijzemama.nl | 62 | Dominik Cole |
| 63 | dirtytuesday.nl | 64 | DIEGO BOUZON FIGUEIRA |
| 65 | deverenigingskaart.nl | 66 | Derek Hughes |
| 67 | Deng HanYu | 68 | David Boddy |
| 69 | Chen Ren | 70 | charlotte-bardet.fr |
| 71 | bureaubergen.nl | 72 | Brigitte Fruehauf |
| 73 | brandprogramming.nl | 74 | bramvergeer.nl |
| 75 | bogerstuning.nl | 76 | Black Rob |

13

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 77 | batimob.fr | 78 | Barron Virgo |
| 79 | Barbara Newson | 80 | baotzebao.eu |
| 81 | asso-dolmens-ardeche.fr | 82 | assainissement-metz.fr |
| 83 | Ann Lund | 84 | Andy Cunningham |
| 85 | amy smith | 86 | amy lee |
| 87 | Amy Butts | 88 | Alkha Brock |
| 89 | Alexina Pledger | 90 | Alex Ratcliffe |
| 91 | 7video.net | 92 | 9.76091 |
| 93 | 1908101 | 94 | 3706442 |
| 95 | 0hk-erumf7bx | 96 | 180dhkbuilding |
| 97 | 1percent2015 | 98 | 7_08788 |
| 99 | 7hk8918 | 100 | 8_47147 |
| 101 | 922shop | 102 | aikeycn2015 |
| 103 | ailoofly | 104 | amazing-box |
| 105 | anglebaby019 | 106 | ANNE & NEW SOUL |
| 107 | baolinshang9 | 108 | bazo2016 |
| 109 | bazou668 | 110 | Beach Stars Store |
| 111 | best_service_no1 | 112 | bestchoice2014 |
| 113 | bestloveshop | 114 | bigbosssong |
| 115 | big-deal365 | 116 | broadwood-home |
| 117 | charming-house | 118 | China Clothing Co.,Ltd |
| 119 | chinasource2008 | 120 | dahai355 |
| 121 | dailydressales | 122 | daydaybuy2013 |
| 123 | DENIMS JONES(Offer Drop Shipping ,Retro) Store | 124 | dhy925 |
| 125 | donghao6911 | 126 | e-fashion365 |
| 127 | electronic-pilot | 128 | enthone-clothing |
| 129 | extremebeauty-wow | 130 | fantastic_baby |
| 131 | Fashion jeans store | 132 | fashion0889 |
| 133 | fashion0889 (2) | 134 | fashiongm |
| 135 | fat-mango | 136 | finebyfurnishings |
| 137 | Fishion Sexy F-U-S-R Store | 138 | flyflower88 |
| 139 | Flyhorse Store | 140 | focus2088 |
| 141 | Fowice Store | 142 | Fyclothes Fashion Store |
| 143 | genuinefeatherbuys2011 | 144 | giftstoyou-88 |
| 145 | global_village | 146 | global-trade365 |
| 147 | glorious.world | 148 | goddesscall |
| 149 | good-news98 | 150 | hainazi Belt factory |
| 151 | Have A Date with You! | 152 | hm1995 |
| 153 | HMCHIME Store | 154 | homeforcity |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 155 | home-garden-us | 156 | homme-fashion501 |
| 157 | humorpun | 158 | HZD Trend Ltd. |
| 159 | intimate-baby00 | 160 | iuwg333 |
| 161 | IvorySwim Store | 162 | jack-x2016 |
| 163 | jewellery.garden | 164 | jiao1120 |
| 165 | jietaielectronics | 166 | jyan_19 |
| 167 | kaiwang Store | 168 | kenyang2010 |
| 169 | kohan_gift6 | 170 | kwongyuenelectronics |
| 171 | lemontree0528_3 | 172 | lgf6789 |
| 173 | LGxin | 174 | life-with-you |
| 175 | little.apple2014 | 176 | liutianzhou |
| 177 | liying3692011 | 178 | love_bridal_dress |
| 179 | lovefashion-world88 | 180 | love-shopping2013 |
| 181 | meig_den | 182 | meij.zen |
| 183 | melanta | 184 | Metersmanna Store |
| 185 | Michael Costume Co..Ltd | 186 | miya_wenmin_3 |
| 187 | mr.wan2015 | 188 | myhomestory2012 |
| 189 | nagaga | 190 | newbee0325 |
| 191 | nitreemall | 192 | NO.1 Fashion Square |
| 193 | nvj5865684-4 | 194 | only_just |
| 195 | ooohhi | 196 | oxvc9674 |
| 197 | passionate-lifeshine | 198 | pegasus-electronic |
| 199 | pengshuai2010 | 200 | Plus size women clothes |
| 201 | procon-electronics | 202 | pzz9188 |
| 203 | qiwei567 | 204 | qualitytop88 |
| 205 | rainsingsong | 206 | rongsheng-electronics |
| 207 | roseredut1 | 208 | royal0625 |
| 209 | RUTIGRFU Swim Sportswear Store | 210 | savemoneyeveryday2012 |
| 211 | seabedbox | 212 | Sesame Seeds Store |
| 213 | sex-plaza2014 | 214 | shishangfushi5858 |
| 215 | silentmusic16 | 216 | simplehomeline |
| 217 | sonla-87 | 218 | Srfd a Sufring Store |
| 219 | styl_3619 | 220 | Success Method Limited |
| 221 | summerleavesgreen | 222 | sunbabynan |
| 223 | surprisetou88 | 224 | swiss-electronicse |
| 225 | Taiget attractive swimwear shop | 226 | technology-onsale |
| 227 | Trend of women Store | 228 | tuxedo102_0 |
| 229 | TWOTWINSTYLE . Store | 230 | ursopretty6 |
| 231 | val120406 | 232 | variety-clothes |
| 233 | vip_fashionshow | 234 | wangdongxue2016 |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 235 | wasis | 236 | what-is-fashion |
| 237 | whistlerecalllove | 238 | wholesale-center365 |
| 239 | wonderfulbuying36588 | 240 | work-rest |
| 241 | wy13689 | 242 | yafepen-0 |
| 243 | YSMILE APPAREL Store | 244 | yunqingliang |
| 245 | z_pumpkin | 246 | zhenxingday886887 |
| 247 | Zhoumingli | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/9.76091 | 2 | ebay.com/usr/1908101 |
| 3 | ebay.com/usr/3706442 | 4 | ebay.com/usr/0hk-erumf7bx |
| 5 | ebay.com/usr/180dhkbuilding | 6 | ebay.com/usr/1percent2015 |
| 7 | ebay.com/usr/7_08788 | 8 | ebay.com/usr/7hk8918 |
| 9 | ebay.com/usr/8_47147 | 10 | ebay.com/usr/922shop |
| 11 | ebay.com/usr/aikeycn2015 | 12 | ebay.com/usr/ailoofly |
| 13 | ebay.com/usr/amazing-box | 14 | ioffer.com/selling/anglebaby019 |
| 15 | niusuer.aliexpress.com/store/509174 | 16 | ebay.com/usr/baolinshang9 |
| 17 | ebay.com/usr/bazo2016 | 18 | ebay.com/usr/bazou668 |
| 19 | pacentobikiniset.aliexpress.com/store/2792213 | 20 | ebay.com/usr/best_service_no1 |
| 21 | ebay.com/usr/bestchoice2014 | 22 | ebay.com/usr/bestloveshop |
| 23 | ebay.com/usr/bigbosssong | 24 | ebay.com/usr/big-deal365 |
| 25 | ebay.com/usr/broadwood-home | 26 | ebay.com/usr/charming-house |
| 27 | ru.aliexpress.com/store/1179920 | 28 | ebay.com/usr/chinasource2008 |
| 29 | ebay.com/usr/dahai355 | 30 | ebay.com/usr/dailydressales |
| 31 | ebay.com/usr/daydaybuy2013 | 32 | aliexpress.com/store/2338284 |
| 33 | ebay.com/usr/dhy925 | 34 | ebay.com/usr/donghao6911 |
| 35 | ebay.com/usr/e-fashion365 | 36 | ebay.com/usr/electronic-pilot |
| 37 | ebay.com/usr/enthone-clothing | 38 | ebay.com/usr/extremebeauty-wow |
| 39 | ebay.com/usr/fantastic_baby | 40 | aliexpress.com/store/430383 |
| 41 | ioffer.com/buyers/orders/69728045 | 42 | ioffer.com/selling/fashion0889 |
| 43 | ebay.com/usr/fashiongm | 44 | ebay.com/usr/fat-mango |
| 45 | ebay.com/usr/finebyfurnishings | 46 | aliexpress.com/store/2934030 |
| 47 | ebay.com/usr/flyflower88 | 48 | aliexpress.com/store/2842051 |
| 49 | ebay.com/usr/focus2088 | 50 | aliexpress.com/store/2411043 |
| 51 | aliexpress.com/store/705648 | 52 | ebay.com/usr/genuinefeatherbuys2011 |
| 53 | ebay.com/usr/giftstoyou-88 | 54 | ebay.com/usr/global_village |
| 55 | ebay.com/usr/global-trade365 | 56 | ebay.com/usr/glorious.world |
| 57 | ebay.com/usr/goddesscall | 58 | ebay.com/usr/good-news98 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 59 | aliexpress.com/store/825915 | 60 | aliexpress.com/store/2181153 |
| 61 | ebay.com/usr/hm1995 | 62 | cn1501608310.aliexpress.com/store/533584 |
| 63 | ebay.com/usr/homeforcity | 64 | ebay.com/usr/home-garden-us |
| 65 | ebay.com/usr/homme-fashion501 | 66 | ebay.com/usr/humorpun |
| 67 | aliexpress.com/store/1396611 | 68 | ebay.com/usr/intimate-baby00 |
| 69 | ebay.com/usr/iuwg333 | 70 | ivoryswim.aliexpress.com/store/2931059 |
| 71 | ebay.com/usr/jack-x2016 | 72 | ebay.com/usr/jewellery.garden |
| 73 | ebay.com/usr/jiao1120 | 74 | ebay.com/usr/jietaielectronics |
| 75 | ebay.com/usr/jyan_19 | 76 | aliexpress.com/store/2672014 |
| 77 | ebay.com/usr/kenyang2010 | 78 | ebay.com/usr/kohan_gift6 |
| 79 | ebay.com/usr/kwongyuenelectronics | 80 | ebay.com/usr/lemontree0528_3 |
| 81 | ebay.com/usr/lgf6789 | 82 | aliexpress.com/store/1305651 |
| 83 | ebay.com/usr/life-with-you | 84 | ebay.com/usr/little.apple2014 |
| 85 | ebay.com/usr/liutianzhou | 86 | ebay.com/usr/liying3692011 |
| 87 | ebay.com/usr/love_bridal_dress | 88 | ebay.com/usr/lovefashion-world88 |
| 89 | ebay.com/usr/love-shopping2013 | 90 | ebay.com/usr/meig_den |
| 91 | ebay.com/usr/meij.zen | 92 | dhgate.com/wholesale/products/ff80808156fe9be901570c90665d19c6.html |
| 93 | aliexpress.com/store/2955127 | 94 | aliexpress.com/store/607018 |
| 95 | ebay.com/usr/miya_wenmin_3 | 96 | ebay.com/usr/mr.wan2015 |
| 97 | ebay.com/usr/myhomestory2012 | 98 | ebay.com/usr/nagaga |
| 99 | ebay.com/usr/newbee0325 | 100 | ebay.com/usr/nitreemall |
| 101 | aliexpress.com/store/805894 | 102 | ebay.com/usr/nvj5865684-4 |
| 103 | ebay.com/usr/only_just | 104 | ebay.com/usr/ooohhi |
| 105 | ebay.com/usr/oxvc9674 | 106 | ebay.com/usr/passionate-lifeshine |
| 107 | ebay.com/usr/pegasus-electronic | 108 | ebay.com/usr/pengshuai2010 |
| 109 | aliexpress.com/store/617497 | 110 | ebay.com/usr/procon-electronics |
| 111 | ebay.com/usr/pzz9188 | 112 | ebay.com/usr/qiwei567 |
| 113 | ebay.com/usr/qualitytop88 | 114 | ebay.com/usr/rainsingsong |
| 115 | ebay.com/usr/rongsheng-electronics | 116 | ebay.com/usr/roseredut1 |
| 117 | ebay.com/usr/royal0625 | 118 | aliexpress.com/store/1504339 |
| 119 | ebay.com/usr/savemoneyeveryday2012 | 120 | ebay.com/usr/seabedbox |
| 121 | aliexpress.com/store/3008001 | 122 | ebay.com/usr/sex-plaza2014 |
| 123 | ebay.com/usr/shishangfushi5858 | 124 | ebay.com/usr/silentmusic16 |
| 125 | ebay.com/usr/simplehomeline | 126 | ebay.com/usr/sonla-87 |
| 127 | aliexpress.com/store/1534221 | 128 | ebay.com/usr/styl_3619 |
| 129 | aliexpress.com/store/509697 | 130 | ebay.com/usr/summerleavesgreen |

| No. | Defendant Marketplace URL |
|---|---|
| 131 | dhgate.com/wholesale/products/ff80808156fe9cea01570c8fe28d18d3.html |
| 133 | ebay.com/usr/swiss-electronicse |
| 135 | ebay.com/usr/technology-onsale |
| 137 | ebay.com/usr/tuxedo102_0 |
| 139 | ebay.com/usr/ursopretty6 |
| 141 | ebay.com/usr/variety-clothes |
| 143 | ebay.com/usr/wangdongxue2016 |
| 145 | ebay.com/usr/what-is-fashion |
| 147 | ebay.com/usr/wholesale-center365 |
| 149 | ebay.com/usr/work-rest |
| 151 | ebay.com/usr/yafepen-0 |
| 153 | ebay.com/usr/yunqingliang6 |
| 155 | ebay.com/usr/zhenxingday886887 |

| No. | Defendant Marketplace URL |
|---|---|
| 132 | ebay.com/sch/surprisetou88 |
| 134 | aliexpress.com/store/2347050 |
| 136 | aliexpress.com/store/2805028 |
| 138 | aliexpress.com/store/1604048 |
| 140 | ebay.com/usr/val120406 |
| 142 | ebay.com/usr/vip_fashionshow |
| 144 | ebay.com/usr/wasis |
| 146 | ebay.com/usr/whistlerecalllove |
| 148 | ebay.com/usr/wonderfulbuying36588 |
| 150 | ebay.com/usr/wy13689 |
| 152 | aliexpress.com/store/1749276 |
| 154 | ebay.com/usr/z_pumpkin |
| 156 | dhgate.com/store/20231659 |

| No. | Defendant Domain Name |
|---|---|
| 1 | graybabyboomer.com |
| 3 | ampedmag.co.uk |
| 5 | yamikyamak.nl |
| 7 | ausfinnland.ch |
| 9 | ngocphatlacquer.com |
| 11 | 247glazier.co.uk |
| 13 | tommya.vip |
| 15 | mmnl.co |
| 17 | thde.vip |
| 19 | stylede.vip |
| 21 | tommyhilfigersales.net |
| 23 | ifmadvisor.com |
| 25 | fashionswow.com |
| 27 | katydiddesigns.co.uk |
| 29 | tommyhilfigercheapshop.com |
| 31 | cathytilton.com |
| 33 | luso-expertise.fr |
| 35 | angelsearch.co |
| 37 | lexperiences.nl |
| 39 | auctionfreebies.co.uk |
| 41 | jgay.co.uk |
| 43 | beautifulmisbehaviour.com |
| 45 | sdclaims.org |
| 47 | conciaconceptbeauty.co.uk |

| No. | Defendant Domain Name |
|---|---|
| 2 | getdigitalglasgow.co.uk |
| 4 | barklynorganics.com |
| 6 | baddawgrescue.com |
| 8 | warrenwhitecarpetandflooring.co.uk |
| 10 | lettsbasses.co.uk |
| 12 | tommyes.vip |
| 14 | tomie.co |
| 16 | popnl.co |
| 18 | stylegr.vip |
| 20 | raisethetemperature.co.uk |
| 22 | bedswrexham.co.uk |
| 24 | sandrasitskoorn.nl |
| 26 | hbbreptiles.co.uk |
| 28 | abehealthcareltd.co.uk |
| 30 | hilfigeroutlet.in.net |
| 32 | birminghamrowing.co.uk |
| 34 | 1000lugares.co |
| 36 | tommy-hilfigers.in.net |
| 38 | laquestion.ch |
| 40 | apparelmenclothing.com |
| 42 | karelmaat.nl |
| 44 | kalizephotographie.fr |
| 46 | monor.co.uk |
| 48 | quizbureau.co.uk |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 49 | dungvan.com | 50 | hoeksche-aannemersbedrijf.nl |
| 51 | 2017jeansonline.co.uk | 52 | suyka.com |
| 53 | joelgarner.co.uk | 54 | stylenl.co |
| 55 | gerommelinhetrusthuis.nl | 56 | cheapcoffeemachines.co.uk |
| 57 | a1ipswichhandyman.co.uk | 58 | flairbyfaar.nl |
| 59 | esgrata.nl | 60 | atomcityarmy.com |
| 61 | laundryselfolbia.it | 62 | surveyboatcharter.co.uk |
| 63 | eigenwijzemama.nl | 64 | peppinobar.ch |
| 65 | dirtytuesday.nl | 66 | gourmetjobacademy.it |
| 67 | deverenigingskaart.nl | 68 | elfisheries.co.uk |
| 69 | hoodies-store.com | 70 | brandshopuk.uk |
| 71 | tommyhilfiger.in.net | 72 | charlotte-bardet.fr |
| 73 | bureaubergen.nl | 74 | badantionline.com |
| 75 | brandprogramming.nl | 76 | bramvergeer.nl |
| 77 | bogerstuning.nl | 78 | jazzandgems.co.uk |
| 79 | batimob.fr | 80 | primedesignandbuild.co.uk |
| 81 | tommy-hilfiger.in.net | 82 | baotzebao.eu |
| 83 | asso-dolmens-ardeche.fr | 84 | assainissement-metz.fr |
| 85 | amaniholidayplanners.com | 86 | aquatechnology.co.uk |
| 87 | vipnl.co | 88 | nlpro.co |
| 89 | abchinagroup.com | 90 | wessex-homebrew.co.uk |
| 91 | greatwallchinese.co.uk | 92 | newclothescheapsale.com |
| 93 | 7video.net |  |  |